Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff JOB ROBLES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOB ROBLES, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 1:17-cv-00566-BAM <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Job Robles ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 16, 2018; and that Defendant shall have until March 19, 2018, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due April 3, 2018.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 18, 2017  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
_____
Steven G. Rosales
Attorney for plaintiff

DATE:  December 18, 2017  PHILLIPS A. TALBERT
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration

*/S/- Chantal R. Jenkins
_____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## Order

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to February 16, 2018, in which to file an Opening Brief; Defendant shall have an extension of time to March 19, 2018, to file an opposition; and Plaintiff shall have until April 3, 2018, to file a reply, if any.

IT IS SO ORDERED.

Dated:  **December 19, 2017**  ____/s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE

-2-